AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

R.L.

    v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5536RBL-KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

 1. The Court adopts the Report and Recommendation; and

 2. The administrative decision is AFFIRMED.


May 26, 2009               BRUCE RIFKIN
                           Clerk


                       /s/ Jennie L. Patton
                          Deputy Clerk